**United States District Court**
**Violation Notice** U14 NY97

| Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- |
| 3453394 | Hi Snek | 480 |

3453394

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
| --- | --- |
| 6/09/2012 2357 | 90CFR U.21(c) |

Place of Offense
NTB BW PKWY S/O RY. 202

Offense Description: Factual Basis for Charge   SFA RL   HAZMAT ☐
Speed 67/45

Radar DS 32??   12.28/72

## DEFENDANT INFORMAT

| Last Name | First Name | M.I. |
| --- | --- | --- |
| Greene | Tellren | D |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
| --- | --- | --- | --- | --- | --- |
| 9CTW66 | MD | 69 | Dg/Chen | | BLK |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

| | $ | Forfeiture Amount |
| --- | --- | --- |
| | | + $25 Processing Fee |
| **PAY THIS AMOUNT →** | $ | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
| --- | --- |
| | TBA |
| | Time (hh:mm) |
| | TBA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)   Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident